opinion filed March 8, 1948; released for publication April 5, 1948. Earl S. Hodges, for appellant; Duane L. Traynor, of counsel; Herbert L. Cantrill, for appellee. Opinion by JUSTICE HAYES. Not to be published in full.

## Carl J. Bansbach et al., Appellees, v. Allied Machine and Welding Company, Appellant.

### Gen. No. 9,571.

opinion filed March 8, 1948; released for publication April 5, 1948. Costigan, Wollrab & Yoder, for appellant; John E. Cribbet, of counsel; J. Oscar Hall and Ward, Moore & Ward, for appellees. Opinion by JUSTICE HAYES. Not to be published in full.

## Frank Ketter, Appellee, v. City of Highland Park and P. E. Cole, City Engineer and Acting Building Inspector, Appellants.

### Gen. No. 10,167.

opinion filed March 9, 1948; released for publication April 7, 1948. Paul C. Behanna, for appellants; 'Ralph J. Boches, of counsel. Singer & Singer, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.

Pearl A. Smith, Individually and Administratrix of Estate of Edward C. Smith, Deceased, Appellant, v. James J. Gorman et al., Appellees.

Gen. No. 44,179.

opinion filed March 29, 1948; released for publication April 9, 1948. Emmett M. McDonald and Earl Wilcox, for appellant; Daniel D. Carmell, Leo. Segall and Fred Herzog, for appellees. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.